IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              Chapter 13

Lynda Jebali,                                       Case No.   18-13640-elf

        Debtor.

CERTIFICATE OF SERVICE

On behalf of the Debtor, I hereby certify that the foregoing Amended Chapter 13 Plan has been served upon the following parties in interest by regular mail and/or electronic delivery on November 4, 2018.

                      Mark A. Berenato
                      Attorney at Law
                      P.O. Box 167
                      Mendenhall, PA   19357
                      (610) 836-1874 (mobile)
                      mark@berenatolawfirm.com (email)

cc:

William Miller
1234 Market Street, !8th FL.
Philadelphia, PA   19107

Mark A. Berenato
Attorney at Law
P.O. Box 167
Mendenhall, PA   19357

Atlas Acquisitions LLC
294 Union Street
Hackensack, NJ   07601

Lynda Jebali
227 Daly Street
Philadelphia, PA   19148

Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA   19107

David Lamb
Resurgent Capital Services
P.O. Box 10587
Greenville, SC   29603