IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                Chapter 13

Lynda Jebali,
                                                                      Case No.   18-13640-elf
        Debtor.

## ORDER

And Now, this \_\_7th\_\_ day of \_\_November\_\_, 2018, upon consideration of Debtor's Objection to Claimant Cavalry SPV I, LLC's Proof of Claim ~~3~~ No. 1, ~~and any response thereto~~, it is

hereby **ORDERED** that the Objection is **SUSTAINED** and the claim is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**