**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|     LYNDA JEBALI, | : | |
|         Debtor | : | Bky. No.   18-13640 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtor's Objection to the Proof of Claim of **Cavalry SPV I, LLC** - Claim No. **2** ("the Objection"), and after a hearing, and for the reasons stated in court,

It is hereby **ORDERED** that:

1. The Objection is **SUSTAINED**.

2. The above-mentioned claim is **DISALLOWED**.

**Date: November 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**