United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-13640-elf
Lynda Jebali                                                                    Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Nov 08, 2018
                             Form ID: pdf900          Total Noticed: 5


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db              +Lynda Jebali,   227 Daly Street,   Philadelphia, PA 19148-3329

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Nov 09 2018 02:47:19     City of Philadelphia,
                  City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 09 2018 02:46:49
                  Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 09 2018 02:47:13     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/Text: bnc@atlasacq.com Nov 09 2018 02:46:37     Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
                                                                                   TOTAL: 4


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          KEVIN G. MCDONALD   on behalf of Creditor   MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
          MARK A. BERENATO   on behalf of Debtor Lynda  Jebali mark@berenatolawfirm.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| LYNDA JEBALI, | : | |
| Debtor | : | Bky. No.   18-13640 ELF |

## O R D E R

  AND NOW, upon consideration of the Debtor's Objection to the Proof of Claim of

**LVNV Funding LLC** - Claim No. **5** ("the Objection"), and after a  hearing, and for the reasons

stated in court,

  It is hereby **ORDERED** that:

1.  The Objection is **SUSTAINED**.

2.  The above-mentioned claim is **DISALLOWED**.

**Date: November 7, 2018**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**