UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LYNDA  JEBALI                                Chapter 13

                    Debtor                   Bankruptcy No. 18-13640-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: December 6, 2018**
                                        _____
                                        Eric L. Frank
                                        Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK A. BERENATO
MARK A. BERENATO, ATTORNEY AT LAW
P.O. BOX 167
MENDENHALL, PA 19357-


Debtor:
LYNDA  JEBALI

227 DALY STREET

PHILADELPHIA, PA 19148