United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-13640-elf
Lynda Jebali                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1              Date Rcvd: Dec 06, 2018
                              Form ID: pdf900          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2018.
```
db              +Lynda Jebali,    227 Daly Street,    Philadelphia, PA 19148-3329
14210517        +Kevin G. McDonald, Esquire,    KML Law Group, P.C.,    Atty for Shellpoint Mortgage Servicing,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14180189         MTGLQ Investors, L.P.,    C/O Shellpoint Mortgage Servicing,    PO Box 10826,
                  Greenville SC 29603-0826
14165546        +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
                  Attn: Bankruptcy Dept 3F
14115963         Shellpoint Mortgage Servicing,    P.O. Box 619063,    Dallas, TX   75261-9063
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Dec 07 2018 03:54:20     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 07 2018 03:53:46
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 07 2018 03:54:01     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14163115        +E-mail/Text: bnc@atlasacq.com Dec 07 2018 03:53:18     Atlas Acquisitions LLC,   294 Union St.,
                  Hackensack, NJ 07601-4303
14117855        +E-mail/Text: bankruptcy@cavps.com Dec 07 2018 03:53:58     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14169537         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 07 2018 03:51:07
                  LVNV Funding, LLC its successors and assigns as,    assignee of North Star Capital,
                  Acquisition LLC,   Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14115964         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 07 2018 04:15:20
                  Portfolio Recovery,    120 Corporate Bv 100,   Norfolk, VA   23502
                                                                                            TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
14169437*       +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2018 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    MTGLQ Investors, L.P. bkgroup@kmllawgroup.com
              MARK A. BERENATO    on behalf of Debtor Lynda   Jebali mark@berenatolawfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LYNDA JEBALI                                Chapter 13

                    Debtor              Bankruptcy No. 18-13640-ELF

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: December 6, 2018**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MARK A. BERENATO
MARK A. BERENATO, ATTORNEY AT LAW
P.O. BOX 167
MENDENHALL, PA 19357-

Debtor:
LYNDA JEBALI

227 DALY STREET

PHILADELPHIA, PA 19148